**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1196**

———————

MARLA F. CRAWFORD,

        Plaintiff - Appellant,

    v.

PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS; PRINCE GEORGE'S COUNTY BOARD OF EDUCATION,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:22-cv-02669-TDC)

———————

Submitted:  March 2, 2026                    Decided:  March 4, 2026

———————

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marla Crawford, Appellant Pro Se.  Edmund J. O'Meally, PESSIN KATZ LAW, P.A., Towson, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marla Crawford appeals the district court's order granting Defendant summary judgment on Crawford's failure-to-accommodate claim, brought pursuant to the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Crawford v. Prince George's Cnty. Bd. of Educ.*, No. 8:22-cv-02669-TDC (D. Md. Dec. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Defendant has filed a motion to dismiss the appeal as untimely. We previously remanded this matter to the district court to determine whether Crawford could establish grounds for an extension of the appeal period. The district court found that Crawford established excusable neglect warranting an extension. We therefore deny Defendant's motion to dismiss.